the consideration or decision of this application. *John J. Wilson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 637. BARY *v.* UNITED STATES;
No. 638. KLEINBORD *v.* UNITED STATES; and
No. 639. ROGERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Samuel D. Menin* for petitioners. *Solicitor General Perlman* for the United States.

No. 730. E. B. KAISER Co. *v.* RIC-WIL COMPANY. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *George I. Haight* and *Robert R. Lockwood* for petitioner. *Harvey R. Hawgood, Arthur H. Van Horn* and *Will Freeman* for respondent.

No. 410, Misc. BALL *v.* MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.

No. 414, Misc. SEWELL *v.* CALIFORNIA. District Court of Appeal for the Fourth Appellate District of California. Certiorari denied. Petitioner *pro se. Fred N. Howser,* Attorney General of California, *Frank Richards* and *Gilbert Harelson,* Deputy Attorneys General, for respondent.

*Rehearing Denied.*

No. 238. McGEE *v.* MISSISSIPPI, 338 U. S. 805. Rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.